# Court of Appeals
# of the State of Georgia

ATLANTA,   April 29, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1343. HENRY ARNOLD v. THE STATE.**

In October 2019, Henry Arnold entered non-negotiated *Alford*[1] pleas to aggravated assault and other crimes. Arnold filed a pro se notice of appeal, which this Court dismissed as a legal nullity. See Case No. A20A1899 (decided Jan. 28, 2021). In August 2021, Arnold filed a motion for an out-of-time appeal. The trial court denied the motion, and Arnold filed this appeal.

The Georgia Supreme Court recently eliminated the judicially created out-of-time-appeal procedure in trial courts. *Cook v. State*, ___ Ga. ___ (5) (Case No. S21A1270, decided March 15, 2022). This holding is to be applied to "all cases that are currently on direct review or otherwise not yet final." Id. Arnold, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, ___ Ga. ___, ___ (Case No. S21A1036, decided March 15, 2022). Rather than denying Arnold's motion, the trial court should have dismissed it. See id.

---

[1] *North Carolina v. Alford*, 400 U. S. 25 (91 SCt 160, 27 LE2d 162) (1970).

Accordingly, the trial court's order denying the motion for out-of-time appeal is hereby VACATED and this appeal is hereby REMANDED to the trial court, which is DIRECTED to enter an order dismissing the motion for out-of-time appeal.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   04/29/2022*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*